UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BILLIARDS & BREWS, LLC,

    Plaintiff,

v.                                          Civil Action No.: 3:21-v-120

CITY OF KNOXVILLE, TENNESSEE and
THE KNOXVILLE CITY COUNCIL,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY NONSUIT WITHOUT PREJUDICE

Plaintiff hereby files as of right its voluntary nonsuit in this matter pursuant to Fed. R. Civ. P. 41 without prejudice to the re-filing of same.

                                              Respectfully submitted,

                                              s/Russ Egli
                                              Russ Egli
                                              Co-Counsel for the Plaintiff
                                              The Wisdom Building
                                              11109 Lake Ridge Drive, FL3
                                              Concord, TN 37934
                                              865-304-4125
                                              russelleglilaw@mail.com

                                              s/Brett Stokes
                                              Brett Stokes
                                              Co-Counsel for the Plaintiff
                                              Bank of America Building
                                              550 W. Main Street, Ste. 950
                                              Knoxville, TN 37902
                                              865-546-4292
                                              knoxvillebusinesslawyer@gmail.com

## ECF CERTIFICATE OF SERVICE

  I, the under-signed authority, certify that this pleading has been sent through the Court's ECF system to all counsel of record.

                s/Brett Stokes
                Brett Stokes